| PROB 22 (Rev. 11/23) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:24CR 00380 (KPF) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Marc Buckner East Stroudsburg, PA | DISTRICT SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| | NAME OF SENTENCING JUDGE Katherine Polk Failla |
| | DATES OF PROBATION/SUPERVISED RELEASE: — FROM October 24, 2025 — TO October 23, 2028 |

**OFFENSE**

Receipt and Solicitation of a Bribe by an Agent of Organization Receiving Federal Funds, in violation of 18 U.S.C. § 666(a)(1)(B), a Class C Felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial ties to the Middle District of Pennsylvania

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/17/2025
*Date*

*Katherine Polk Failla*
*United States District Judge*

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Marc Buckner supervision from the Southern District of New York to the Middle District of Pennsylvania, the sealed records of the Court in the above-styled matter relating to Marc Buckner are unsealed for the limited purpose of transferring those records to the United States District Court for the Middle District of Pennsylvania and to the Probation Department in that district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

11/18/25
*Effective Date*

*United States District Judge*

NY 201(d)